# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 96 WAL 2015
:
            Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ROBERT C. ELLIOTT, JR, :
:
            Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 97 WAL 2015
:
            Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ROBERT C. ELLIOTT, JR., :
:
            Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.